IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02760-PAB-MJW

DAWN EARNES,

    Plaintiff,

    v.

WAKEFIELD & ASSOCIATES, INC.

    Defendant.

---

ORDER
(Unlawful Debt Collection Practices)
( Docket No. 15 )

---

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO VACATE DATES AND HEARINGS CURRENTLY SET**

IT IS HEREBY ORDERED that Plaintiff's Motion to Vacate Dates and Hearings ( Docket 15 ) Currently Set is granted. ⊗

Dated: February 25, 2009

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

⊗ The parties shall file their motion for dismissal with prejudice on or before March 31, 2009 or show cause why this case should not be dismissed.

1